882 A.2d 461

**Bradley HELLER, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent.**

Supreme Court of Pennsylvania.

Aug. 10, 2005.

## *ORDER*

PER CURIAM.

AND NOW, this 10th day of August 2005, the Petition for Allowance of Appeal is granted and the Order of the Commonwealth Court is reversed based on this Court's decisions in *Guzan v. Commonwealth,* 582 Pa. 187, 870 A.2d 810 (2005) and *Schrankel v. Commonwealth,* 562 Pa. 337, 755 A.2d 690, 692 (2000).